UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the SHEET METAL
WORKERS LOCAL NO. 292
PENSION FUND, et al.,

                Plaintiffs,                      Case No. 2:14-cv-12797
                                                        Hon. Matthew F. Leitman

v.

ELEKTRO-ION, INC., a Michigan corporation,

                Defendant.

_____/

**<u>DEFAULT JUDGMENT</u>**

Based upon Plaintiffs' Motion for Default Judgment and Brief filed in support thereof; and the pleadings previously filed in this matter; the Court, being fully apprised in the premises, has concluded that, pursuant to FRCP 55(b)(2), Plaintiffs are entitled to default judgment against Defendant ELEKTRO-ION, INC. for the relief prayed for in their Complaint.

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED**:

1.    Defendant ELEKTRO-ION, INC. is bound to pay contributions to Plaintiffs as alleged in Plaintiffs' Complaint.

1

2.     Plaintiffs have and recover Judgment from defendant ELEKTRO-ION, INC. in the amount of $76,021.62,[1] and plaintiffs shall have execution therefor.

3.     **IT IS FURTHER ORDERED THAT** post-judgment interest will accrue on the amount set forth in paragraph 2 as provided for in 28 U.S.C. §1961, and plaintiffs shall have execution therefor.

4.     This Court shall retain jurisdiction over this matter for purposes of enforcement of the provisions of this Default Judgment.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  October 8, 2014

---

[1]The amount of $76,021.62 is the sum of $60,485.83 (representing unpaid audited contributions for the period of January 2012 through December 2013) to which plaintiffs are entitled pursuant to ERISA 502(g)(2)(A); $1,895.67 in interest on the delinquent contributions, to which plaintiffs are entitled pursuant to ERISA 502(g)(2)(B); $3,024.29 to which plaintiffs are entitled pursuant to ERISA 502(g)(2)(C), which is the greater of interest on the audited contributions and liquidated damages provided for under the plan; $5,514.83 in late payment assessment pursuant to plaintiffs' plan documents; $3,045.00 in audit costs pursuant to plaintiffs' plan documents; and $2,056.00 in attorneys' fees and costs through August 31, 2014, to which plaintiffs are entitled pursuant to ERISA 502(g)(2)(D) and plaintiffs' plan documents.

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 8, 2014, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113